In the Matter of SUBURBAN TIRE & BATTERY Co., INC., Appellant, against VILLAGE OF MAMARONECK et al., Respondents.

Argued January 6, 1953; decided January 21, 1953.

*Joseph Henry Esser* for appellant.
*Anthony Sansone* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.